I'm sorry, before we do that, we have admissions. We have four admissions. We have Gabriel Coleman-Gillette, Heather Paige Greenfield, Nathan Charles Pinso, Paisno, and Jacob Steven Seiler. And these are all clerks of Judge Roth. This is my motion. I can assure you that they are graduates of recognized accredited law schools and they are members of various bodies. Would you come before the center? Now, I have warned them that there might be an exam on the federal rules of civil procedure and they are prepared for any questions that any member of the bench might have if they are up enough on the rules to ask a question. I do not like civil procedure law school. I will not ask any questions on civil procedure. Would you introduce yourselves? My name's on it. Gabby Gillette. And it is my motion that they be admitted to the bar of this court. Well, I've always followed your lead, so I completely concur. Judge Jordan? I'm with you guys. Okay, the motion is granted. With the key 3B. Please raise your right hand. You solemnly swear or affirm that you will demean yourself before the attorney and the counselor of this court or frankly, according to law, that you will support the constitution of the United States of America. Thank you. Welcome. We hope someday to have you appear before us. It'll be great. The red light will not affect anything. We'll just go on and on and on. Thank you. Welcome. Thank you.